**IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY OF AMERICA, ) ) ) Plaintiff, ) ) v. ) ) TRANSITIONS OF WESTERN ILLINOIS, ) INC., LACEY EATON, ERIC ) KAMINSKY and JANE DOE, as Plenary ) Guardian for The person and Estate of ) JOHN DOE, disabled adult, ) ) Defendants. ) | Case Nos.: 3:24-cv-03025-CRL-EIL 3:24-cv-03238-CRL-EIL |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS AND MOTION FOR ORAL ARGUMENT**

NOW COMES Plaintiff SELECTIVE INSURANCE COMPANY OF AMERICA ("Selective"), by and through its attorneys, COLLEEN A. BEVERLY and CLAUSEN MILLER P.C., and pursuant to Local Rule 7.1(B)(3), for its Motion for Leave to File a Reply Brief in Support of Its Motion for Judgment on the Pleadings, and states as follows:

1. On January 30, 2025, Selective filed a Motion for Judgment on the Pleadings (Doc. #20).

2. On February 13, 2025, Transitions of Western Illinois, Inc., Lacey Eaton, and Eric Kaminsky ("TWI Defendants") filed their Response in Opposition to Plaintiff's Motion for Judgment on the Pleadings (Doc. #22).

11459882.1

3. the Pleadings should be denied because there are material issues of fact and that based on the allegations in the Underlying Action, there is potential for coverage. The TWI Defendants also make arguments in their Response regarding the truth of the allegations in the Underlying Action that are irrelevant to Selective's Motion. Selective should be allowed the opportunity to discuss why the TWI Defendants' argument regarding this point is irrelevant.

4. As such, Selective seeks leave to file a reply brief in support of its Motion for Judgment on the Pleadings to respond to the contentions made by TWI Defendants in its Response.

5. Selective submits that there is no prejudice to TWI Defendants. The position of Selective is already set forth in its Motion. Thus, Selective seeks leave to file a reply brief to clarify Selective's position and address TWI Defendants' contentions in its Response.

6. Selective's proposed Reply Brief in Support of Plaintiff's Motion for Judgment on the Pleadings is attached as Exhibit A to this Motion.

7. Given the vastly divergent positions of the parties and the TWI Defendants' mistaken belief that Selective is arguing that TWI admitted the truth of the allegations of the Underlying Action, Selective believes oral argument is warranted in this case.

8. Accordingly, Selective respectfully requests from this Honorable Court that an oral argument be scheduled for Selective's Motion for Judgment on the Pleadings.

3

WHEREFORE, Plaintiff Selective Insurance Company of America respectfully requests that this Court enter an Order granting leave to file its Reply Brief in Support of Plaintiff's Motion for Judgment on the Pleadings and schedule oral argument for the reasons set forth herein, and for such other relief as this Court deems just.

Dated: February 19, 2025

Respectfully submitted,

CLAUSEN MILLER, P.C.
By: *Colleen A. Beverly*
Colleen A. Beverly (#6269463)
Clausen Miller P.C.
10 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
P: 312.855.1010 F: 312.606.7777
cbeverly@clausen.com

**Attorney for Plaintiff**
**Selective Insurance Company of America**